IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CLARIS LORETTA BOSWELL                                                                      PLAINTIFF

VS                                                                               NO. 4:07cv138 TSL-LRA

PROPERTY AND CASUALTY INSURANCE
COMPANY OF HARTFORD                                                                         DEFENDANT

### AGREED FINAL JUDGMENT OF VOLUNTARY DISMISSAL WITH PREJUDICE

CAME ON this day for hearing the joint Motion *ore tenus* of the Plaintiff, Claris Loretta Boswell, and the Defendant, Property and Casualty Insurance Company of Hartford, through counsel of record, and the Court, having considered the motion, noting the agreement of the relevant parties and being otherwise fully advised in the premises, does find that said Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff's claims made against the Defendant, Property and Casualty Insurance Company of Hartford, should be and hereby are dismissed with prejudice from this cause of action in its entirety.

IT IS FURTHER ORDERED AND ADJUDGED that each respective party named herein shall be responsible for the payment of their own costs and attorney's fees.

/s/Tom S. Lee            7/21/08
DISTRICT COURT JUDGE

AGREED:

_____/s/ R. Kevin Hamilton_____
R. Kevin Hamilton, Esq.
*Attorney for Plaintiff, Claris Loretta Boswell*

1

_____/s/ Jacqueline H. Ray_____
J. Lawson Hester, Esq.
Jacqueline H. Ray, Esq.
*Attorneys for Defendant, Property and Casualty Company of Hartford*


PRESENTED BY:

J. LAWSON HESTER MSB# 2394
JACQUELINE H. RAY, MSB# 100169
PAGE, KRUGER & HOLLAND, P.A.
Post Office Box 1163
Jackson, Mississippi  39215-1163
Telephone:  (601) 420-0333
Facsimile: (601) 420-0033